IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02190-PSF-MJW

MARION K. PORTER,

    Plaintiff,

v.

OLSEN & TRAEGER, LLP, a Colorado limited liability partnership; and
PORTFOLIO LENDING CORP., a Colorado corporation,

    Defendants.

## ORDER SETTING HEARING

This matter is before the Court on Defendant Olsen & Traeger, LLP's Motion for Stay of Discovery Pending Decision by the Colorado Supreme Court in a Related Proceeding (Dkt. # 8), filed January 9, 2006. The motion is fully briefed. IT IS HEREBY ORDERED that counsel for the parties shall appear on **Monday, May 1, 2006 at 2:00 p.m.**, in Courtroom A602 of the U.S. District Court for the District of Colorado, Sixth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado for a hearing on this motion.

    DATED:  April 25, 2006

                                                             BY THE COURT:

                                                             *s: Phillip S. Figa*
                                                              _____
                                                             Phillip S. Figa
                                                             United States District Judge