IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-02190-PSF-MJW

MARION K. PORTER,

      Plaintiff,

v.

OLSEN & TRAEGER, LLP, a Colorado limited liability partnership; and
PORTFOLIO LENDING CORP., a Colorado corporation,

      Defendants.
_____

## ORDER DISMISSING DEFENDANT PORTFOLIO LENDING CORP. WITH PREJUDICE
_____

      The parties' Stipulation of Dismissal of Defendant Portfolio Lending Corp., with Prejudice (Dkt. # 23) is GRANTED.  It is hereby

      ORDERED that Defendant Portfolio Lending Corp. is dismissed as a party from the above-entitled action with prejudice, with Portfolio Lending Corp. to pay its own costs and attorneys' fees.

      DATED May 31, 2006.

                                  BY THE COURT:

                                  *s: Phillip S. Figa*

                                  _____
                                  Phillip S. Figa
                                  United States District Judge