IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Case No. 05-CV-02190-PSF-MJW

MARION K. PORTER,

     Plaintiff,

v.

OLSEN & TRAEGER, LLP, a Colorado limited liability partnership

     Defendant.

_____

## ORDER SETTING STATUS CONFERENCE

_____

This matter is before the Court on parties' Status Report (Dkt. # 29), filed July 17, 2006.  The Court hereby sets a status conference on **Tuesday, August 29, 2006 at 11:00 a.m.**, in Courtroom A602 of the U.S. District Court for the District of Colorado, Sixth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The status conference shall be vacated as moot if settlement papers are received prior to August 29, 2006.

     DATED: August 8, 2006

                    BY THE COURT:


                    *s/ Phillip S. Figa*

                    _____

                    Phillip S. Figa
                    United States District Judge