IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Case No. 05-CV-02190-PSF-MJW

MARION K. PORTER,

    Plaintiff,

v.

OLSEN & TRAEGER, LLP, a Colorado limited liability partnership

    Defendant.

## ORDER

This matter is before the Court on parties' Stipulated Status Report (Dkt. # 31), filed August 24, 2006, in which parties indicate that a hearing is set before the Probate Court for the City and County of Denver on August 30, 2006. Therefore, the status conference currently set for Tuesday, August 29, 2006 at 11:00 a.m. is hereby VACATED. If the Probate Court approves the settlement at the hearing, parties are ORDERED to file dismissal papers by **noon on Thursday, August 31, 2006**. Otherwise, the parties are ORDERED to file a status report by **noon on Thursday, August 31, 2006**. If the status report so indicates, the Court will reset the status conference.

    DATED: August 28, 2006

                                    BY THE COURT:

                                    *s/ Phillip S. Figa*

                                    _____
                                    Phillip S. Figa
                                    United States District Judge