IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Case No. 05-CV-02190-PSF-MJW

MARION K. PORTER,

    Plaintiff,

v.

OLSEN & TRAEGER, LLP, a Colorado limited liability partnership

    Defendant.

## ORDER OF DISMISSAL

This matter is before the Court on Plaintiff's Withdrawal of Allegations and the Parties Stipulation of Dismissal with Prejudice (Dkt. # 34), signed by all parties. The Court hereby approves the plaintiff's withdrawal of allegations and ORDERS that this action is hereby DISMISSED WITH PREJUDICE, each party to pay its own costs and attorney's fees.

DATED: September 12, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge